[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 485.]

OHIO STATE CHIROPRACTIC ASSOCIATION ET AL., APPELLANTS, *v*. OHIO BUREAU OF WORKERS' COMPENSATION ET AL., APPELLEES.

[Cite as *Ohio State Chiropractic Assn. v. Ohio Bur. of Workers' Comp.*, 1995-Ohio-74.]

*Civil procedure—Trial court has authority under R.C. 2721.09 to assess attorney fees based on a declaratory judgment issued by the court—Determination to grant or deny request for fees will not be disturbed, absent an abuse of discretion.*

(No. 94-1046—Submitted May 10, 1995—Decided July 12, 1995.)

APPEAL from the Court of Appeals for Franklin County, No. 93AP-866.

————————————

*Karr & Sherman Co., L.P.A., Keith M. Karr* and *Robert P. Sherman*, for appellants.

*Betty D. Montgomery*, Attorney General, and *Dennis L. Hufstader*, Assistant Attorney General, for appellees.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court to apply *Motorists Mut. Ins. Co. v. Brandenburg* (1995), 72 Ohio St.3d 157, 648 N.E.2d 488.

MOYER, C.J., DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., concurs in part and dissents in part.

WRIGHT and COOK, JJ., dissent.

————————————

**PFEIFER, J., concurring in part and dissenting in part.**

{¶ 2} I concur that *Motorists Mut. Ins. Co. v. Brandenburg* (1995), 72 Ohio St.3d 157, 648 N.E.2d 488, controls this case. I dissent from the majority's decision

to remand—we should have found that attorney fees are inappropriate and ended the matter in this court.

—————————————

**WRIGHT, J., dissenting.**

**{¶ 3}** For the reasons stated in Justice Cook's dissenting opinion in *Motorists Mut. Ins. Co. v. Brandenburg* (1995), 72 Ohio St.3d 157, 648 N.E.2d 488, which I joined, I respectfully dissent.

Cook, J., concurs in the foreing dissenting opinion.

—————————————